ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :        SEALED
        - v. -                    :        INDICTMENT
                                  :
RICARDO ARTIGA,                   :        07 CRIM. 820
                                  :
                      Defendant.  :
- - - - - - - - - - - - - - - - - x
```

## COUNT ONE

The Grand Jury charges:

1. From on or about October 12, 2005, through on or about August 9, 2006, in the Southern District of New York, RICARDO ARTIGA, the defendant, not being a licensed importer, licensed manufacturer, and licensed dealer, unlawfully, willfully and knowingly, did engage in the business of dealing in firearms, and in the course of such business did receive and transport firearms in interstate and foreign commerce, to wit, a .357 Magnum Smith & Wesson revolver, a Kel-Tec P-40 pistol, and a Norinco SKS 7 assault rifle.

(Title 18, United States Code, Sections 922(a)(1)(A) & 2.)

## COUNT TWO

The Grand Jury further charges:

2. On or about November 21, 2005, in the Southern District of New York, RICARDO ARTIGA, the defendant, unlawfully, wilfully, and knowingly possessed a firearm which had had the

importer's and manufacturer's serial number removed, obliterated and altered, and had, at some time, been shipped and transported in interstate and foreign commerce, to wit, a Kel-Tec P-40 pistol.

(Title 18, United States Code, Section 922(k).)

## COUNT THREE

The Grand Jury further charges:

3. On or about February 16, 2007, in the Southern District of New York, RICARDO ARTIGA, the defendant, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a schedule II controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1) and (b)(1)(C).)

## COUNT FOUR

The Grand Jury further charges:

4. On or about March 28, 2007, in the Southern District of New York, RICARDO ARTIGA, the defendant, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a schedule II controlled substance, to wit, five grams and more of mixtures and substances containing a

detectable amount of cocaine base, in a form commonly known as "crack" cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1) and (b)(1)(B).)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

3