

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 11, 2007

BY HAND

The Honorable Lisa Margaret Smith
Chief United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

    Re:    United States v. Ricardo Artiga,
              07 Cr. 820

Dear Chief Judge Smith:

    The United States hereby requests that the indictment in the above-captioned case be unsealed. The defendant was arrested this afternoon.

                      Respectfully Submitted,

                      MICHAEL J. GARCIA
                      United States Attorney

      By:   */s/ Nola B. Heller*
                      Nola B. Heller
                      Assistant United States Attorney
                      (914) 993-1939

SO ORDERED: */s/ Lisa Margaret Smith*
                              Hon. Lisa Margaret Smith
                              U.S.M.J.
                              10/11/07