UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

RICARDO ARTIGA,

    Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 0820

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York

By:    /s/ Anna M. Skotko
    Anna M. Skotko
    Assistant United States Attorney
    (914) 993-1936
    Anna.Skotko@usdoj.gov