

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

February 19, 2008

*2/20/08
Matter adj to 2/29/08
at 2 PM. Time is
Excluded through that
date.
CM*

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Ricardo Artiga</u>, 07 Cr. 820 (CLB)

Dear Judge :

    As discussed with Your Honor's Deputy, the next conference in the above-referenced matter has been re-scheduled from February 19, 2008, to February 29, 2008, at 2:00 p.m.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between February 19, 2008, and February 29, 2008. This will permit the Government and the defense to have discussions concerning the possibility of a disposition before trial, and the defense time to review the discovery. The Government makes this request with the consent of counsel for the defendant.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Anna M. Skotko
Assistant United States Attorney
(914) 993-1939

cc: Michael Keesee, Esq. (By Fax)