**MICHAEL F. KEESEE**
Attorney-at-Law
327 Irving Avenue
2nd Floor
Port Chester, NY 10573

Telephone: 914-937-3880
Facsimile: 914-937-3950

*Granted. Conference adjourned to March 28 2008 @ 2:30 p.m.*
*Colleen McMahon*
*2/28/08*

February 27, 2008

Honorable Colleen McMahon
U.S. District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

RE: USA v. Ricardo Artiga
    07-Cr. 820 (CM)

Your Honor:

    A conference is currently scheduled for this Friday, February 29, at 2:30 pm. After discussions with the Ausa and my client, it appears that we have reached a disposition. I anticipate that the plea will be entered next Wednesday, March 5.

    Although I am available for the conference as scheduled, I leave it to your discretion as to whether to adjourn the conference to a date beyond the March 5 date.

    I shall await your instructions as to this matter.

Respectfully,

Michael F. Keesee

Cc: AUSA Anna Skotko

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08
```